UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-61812-CIV-WILLIAMS

RONALD SATISH EMRIT,

    Plaintiff (*Pro se*),

vs.

MEMORIAL HOSPITAL/JOE DIMAGGIO
HOSPITAL (sic),[1]

    Defendant.
_____/

## FINAL JUDGMENT

The Court has entered an order granting Defendant Memorial Healthcare System's motion to dismiss against Plaintiff Ronald Satish Emrit. (DE 11). Accordingly, judgment is **ENTERED** in favor of Defendant Memorial Healthcare System and against Plaintiff Ronald Satish Emrit. Plaintiff Ronald Satish Emrit shall take nothing from his claims.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of August, 2018.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

cc:   **Ronald Satish Emrit**
      5108 Cornelias Prospect Drive
      Bowie, MD 20720
      PRO SE

---

[1] Although Plaintiff listed Memorial Hospital/Joe DiMaggio Hospital as the Defendant, they are separate facilities that are part of the South Broward Hospital District d/b/a Memorial Healthcare System.